# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

### NO. 03-24-00258-CV

**Robert Aderhold, Appellant**

**v.**

**John C. Bell, Appellee**

## APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the Order Denying Application For Protective Order signed by the trial court on January 31, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the Order. Therefore, the Court affirms the trial court's Order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.